IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARICO LATEZ COLLINS-BEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INSURANCE BONDS AND TRUST ) <br> AND BANKS, ) <br> ) <br> Defendant. ) | Case No. 2:23-cv-548-RAH-CWB |

**ORDER**

Before the Court is the Magistrate Judge's Report and Recommendation entered November 8, 2023, dismissing this action without prejudice. (Doc. 6.) The Plaintiff has filed no objections to this Recommendation. After an independent and *de novo* review of the Recommendation, *see* 28 U.S.C. § 636(b), it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice;

3. No costs are taxed.

A separate Final Judgment will be entered in accordance with this order.

DONE, on this the 7th day of December 2023.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE